# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: MULL, REGINALD ANTONIO | § | Case No. 15-80987 |
| MULL, ALISON LEIGH | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 04/11/2016 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :   03/16/2016        By:   /s/JOSEPH D. OLSEN                     

                                                          Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

|  |  |
|---|---|
| In re: MULL, REGINALD ANTONIO | §   Case No. 15-80987 |
| MULL, ALISON LEIGH | § |
|  | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 14,060.88 |
| *and approved disbursements of* | $ | 419.63 |
| *leaving a balance on hand of* [1] | $ | 13,641.25 |

**Balance on hand:**   $   13,641.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   13,641.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,156.09 | 0.00 | 2,156.09 |
| Trustee, Expenses - JOSEPH D. OLSEN | 138.06 | 0.00 | 138.06 |
| Attorney for Trustee, Fees - YALDEN, OLSEN & WILLETTE | 2,727.00 | 0.00 | 2,727.00 |

Total to be paid for chapter 7 administration expenses:   $   5,021.15
Remaining balance:   $   8,620.10

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 8,620.10 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $79,125.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 5 | State of Iowa Department of Revenue | 79,125.86 | 0.00 | 8,620.10 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 8,620.10 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,877.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Stephenson Service Company | 7,097.79 | 0.00 | 0.00 |
| 3 | Wells Fargo Bank | 5,284.81 | 0.00 | 0.00 |
| 4 | Capital One, N.A. | 3,248.86 | 0.00 | 0.00 |
| 5 -2 | State of Iowa | 7,194.70 | 0.00 | 0.00 |
| 6 -3 | Ria Federal Credit Union | 14,144.41 | 0.00 | 0.00 |
| 7 -2 | Ria Federal Credit Union | 10,941.00 | 0.00 | 0.00 |
| 8 | MERCY MEDICAL CENTER | 47.13 | 0.00 | 0.00 |
| 9 | Triumph Community Bank, f/k/a The National Bank | 5,576.04 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 10 | LVNV Funding, LLC its successors and assigns as | 451.10 | 0.00 | 0.00 |
|----|----|----|----|----|
| 11 -2 | Ria Federal Credit Union | 27,346.02 | 0.00 | 0.00 |
| 12 | Ria Federal Credit Union | 8,041.21 | 0.00 | 0.00 |
| 13 | Portfolio Recovery Associates, LLC | 1,689.31 | 0.00 | 0.00 |
| 14 | Portfolio Recovery Associates, LLC | 5,115.02 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----|----|----|----|----|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----|----|----|----|----|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: _/s/JOSEPH D. OLSEN_____

Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

Case 15-80987   Doc 67   Filed 03/17/16   Entered 03/20/16 02:31:00   Desc Imaged

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 15-80987-TML
Reginald Antonio Mull                                                 Chapter 7
Alison Leigh Mull
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3        User: kkrystave        Page 1 of 3             Date Rcvd: Mar 17, 2016
                           Form ID: pdf006         Total Noticed: 120


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2016.
```
db/jdb      +Reginald Antonio Mull,   Alison Leigh Mull,   2385 Illinois Route 84,   Thomson, IL 61285-7777
aty         +Joseph D. Olsen,   Yalden, Olsen & Willette,   1318 East State Street,
             Rockford, IL 61104-2228
23166553     AZZ Glavanizing,   PO Box 843771,   Dallas, TX 75284-3771
23166544    +Aargon Agency Inc,   8668 Spring Mountain Road,   Las Vegas, NV 89117-4132
23166545     Airgas,   PO Box 802588,   Chicago, IL 60680-2588
23166546    +Allied Business Accounts,   300 1/2 South 2nd Street,   Clinton, IA 52732
23166547    +Allied Business Accounts,   POB 1600,   Clinton, IA 52733-1600
23166548    +Allocco, Miller & Cahill,   3409 N. Paulina Street,   Chicago, IL 60657-1220
23166549    +Altair OH XIII, LLC,   2001 Western Ave.,   Seattle, WA 98121-2163
23166550    +Alternatives Collections, LLC,   3842 Harlem Road,   Suite 341,   Buffalo, NY 14215-1935
23166551    +Americas Servicing Co.,   PO Box 10328,   Des Moines, IA 50306-0328
23166552     Aquasys Flow Control Inc.,   6045 Creditview Road,   Suite 326,   Mississaugua, ON L5V OB1, CA
23166554    +Berkleynet,   PO Box 535080,   Atlanta, GA 30353-5080
23166555    +Big River Equipment,   5875 State St,   Bettendorf, IA 52722-5769
23166556    +Blackhawk Foundation Co., Inc.,   PO Box 29,   Geneseo, IL 61254-0029
23166557    +Boss Office Supplies,   127-5th Avenue,   Clinton, IA 52732-4105
23166559    +Cap1/Frnrw,   26525 N. Riverwoods Blvd,   Lake Forest, IL 60045-3440
23166561     Capital One NA,   POB 3001,   Malvern, PA 19355-0701
23427499     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
23166562    +Captial One,   26525 N. Riverwoods Blvd,   Lake Forest, IL 60045-3440
23166563    +Carroll County,   P.O. Box 198,   Mount Carroll, IL 61053-0198
23166564     Central States Group,   PO Box 30047,   Omaha, NE 68103-1147
23166565    +Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
23166566    +Citi Card,   PO Box 6497,   Sioux Falls, SD 57117-6497
23166567    +CitiMorgage, Inc.,   POB 6030,   Sioux Falls, SD 57117-6030
23166568    +Citimortgage, Inc.,   PO Box 9438,   Gaithersburg, MD 20898-9438
23182678    +Codilis & Associates, P.C.,   15W030 North Frontage Road,   Suite 100,
             Burr Ridge, IL 60527-6921
23166569    +Columbia Pipe & Supply Co.,   23671 Network Place,   Chicago, IL 60673-1236
23166570    +Comenity Bank/Kingsize,   PO Box 182789,   Columbus, OH 43218-2789
23166571    +Comenity Bank/Roamans,   PO Box 182789,   Columbus, OH 43218-2789
23166572    +Davis Sand & Gravel, Inc.,   1130 W. Locust,   Canton, IL 61520-9681
23166573    +Diamond Vogal,   1506 Bluff Road,   Burlington, IA 52601-4758
23166574     Eastern Iowa Community College,   306 West River Drive,   Davenport, IA 52801-1221
23166575     Fastenal Company,   1286 Winona,   Winona, MN 55987-1286
23166576    +Fereday Heating Company,   1010 Broadway,   Waterloo, IA 50703-5896
23166577    +Gateway Door Company,   203 21st Street,   Camanche, IA 52730-9761
23166586    +Humana,   PO Box 0884,   Carol Stream, IL 60132-0884
23166587    +Hydratight,   1102 Hall Court,   Deer Park, TX 77536-1870
23166588     IL. Dept. of Employment Security,   3033 S. State Street,   10th Floor,   Chicago, IL 60603
23166591    ++IOWA DEPARTMENT OF REVENUE,   ATTN BANKRUPTCY UNIT,   PO BOX 10471,   DES MOINES IA 50306-0471
            (address filed with court: Iowa Department of Revenue,   PO Box 10471,   Des Moines, IA 50306)
23166589    +Ind. Mechanical Contractors of IL,   8320 Martens Drive,   Savanna, IL 61074-8460
23166592    +Jo Carroll Energy,   PO Box 390,   793 U.S. Route 20,   Elizabeth, IL 61028-9304
23166594    +Leeps,   8001 Tyler Street,   Merrillville, IN 46410-5345
23166595    +Liberty Mutual,   PO Box 0992,   Carol Stream, IL 60132-0992
23166596    +Liebovich,   PO Box 1779,   Cedar Rapids, IA 52406-1779
23166598    +Local 498 Pension,   59912,   Milwaukee, WI 53259-0001
23166600    +Manatts,   PO Box 448,   Des Moines, IA 50302-0448
23166601    +Mathis Kelley,   1046 W. Jefferson Street,   Morton, IL 61550-1504
23166603     McMaster - Carr Supply,   PO Box 7690,   Chicago, IL 60680-7690
23166604     McNicholas Co.,   PO Box 101211,   Atlanta, GA 30392-1211
23166605    +Mid-States Supply Company, Inc.,   NW 6275,   PO Box 1450,   Minneapolis, MN 55485-6275
23166606    +Midwest Collection,   PO Box 445,   Decatur, IL 62525-0445
23166607    +Midwest Family Mutual,   PO Box 9425,   Minneapolis, MN 55440-9425
23166608    +Midwest Metal Products,   PO Box 8800,   Michigan City, IN 46361-8800
23166609    +Modspace,   1200 Swedesford,   Berwyn, PA 19312-1172
23166612    +NCS Equipment Rental,   73779 Rd 438,   Bertrand, NE 68927-3000
23166611    +NCS Equipment Rental,   3211 Antelope Avenue,   Kearney, NE 68847-3875
23166610    +Napa Auto Parts,   501 Main Street,   Savanna, IL 61074-1537
23166614    +O'Donnell Crane,   59 W. Elm Avenue,   Cortland, IL 60112-4022
23166615    +Paramount Funding,   242 W. 36th Street,   14th Floor,   New York, NY 10018-7542
23166616     Pattern Industries, Inc.,   4539 Solutions Center,   Chicago, IL 60677-4005
23166617    +Peoria Roofing,   309 N.E. Rock Island,   Peoria, IL 61603-3586
23166618    +Permatherm Inc.,   269 Industrial Park Drive,   Monticello, GA 31064-1198
23166619    +Petrochem,   110 Corporate Plce,   Vallejo, CA 94590-6968
23166621     Praxair,   10660,   Palatine, IL 60055-0660
23166622    +R.P. Lumber,   9512 South Powell Road,   Peoria, IL 61607-9580
23166623    +R.S. Stover,   PO Box 5101,   Des Moines, IA 50305-5101
23166625    +SBM,   501 Locust Street,   Sterling, IL 61081-3542
23166629    +SMC,   1287 W. Ave,   Ames, IA 50014-6313
23166627     Seeser, Inc,   3610 S. 45th Street,   Clinton, IA 52732
```

```
District/off: 0752-3        User: kkrystave           Page 2 of 3            Date Rcvd: Mar 17, 2016
                           Form ID: pdf006            Total Noticed: 120

23166628     +Sherwin Williams,    2010 Lincoln Way,   Clinton, IA 52732-7216
23166631     +Staley Credit Union,    3330 N. Woodford Street,   Decatur, IL 62526-2838
23166632     +State Bank of Pearl City,    215 South Main Street,   Pearl City, IL 61062-9220
23166633     +Stephenson Service Company,    PO Box 917,   Freeport, IL 61032-0917
23166634     +Sterling Steel,    1103 Industrial Park Road,   Rock Falls, IL 61071-3172
23166635     +Stetson Building Products,    2205 Bell Avenue,   Des Moines, IA 50321-1104
23166636     +Sunbelt Rentals,    PO Box 375,   Decatur, IL 62525-0375
23166639     +Trane,    3600 Pammel Creek Rd,    La Crosse, WI 54601-7599
23166640     +Trillium Contruction,    PO Box 671854,   Detroit, MI 48267-1854
23618130     +Triumph Community Bank, f/k/a The National Bank,    2040 1st Street A,   Moline, IL 61265-7728
23166641      True Value,    16074 South Oark Avenue,   South Holland, IL 60473
23166642     +Two Rivers Bank,    222 N. Main Street,   Burlington, IA 52601-5214
23166643     +United Healthcare Insurance Company,    22070 Network Place,   Chicago, IL 60673-1220
23166645     +Unvl/Citi,    PO Box 6241,   Sioux Falls, SD 57117-6241
23166647     ++VON MAUR INC,    6565 BRADY STREET,   DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,    6565 Brady Street,   Davenport, IA 52806-2054)
23166646     +Van Meter, Inc.,    5775 Tremont Avenue,   Davenport, IA 52807-2651
23166652     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Mortgage,    8480 Stagecoach Circle,
              Frederick, MD 21701)
23166648     +Wayn Center,    225 N. Water Street,   Suite 301,   Decatur, IL 62523-2328
23166649      Wells Fargo Bank,    PO Box 10438,   Des Moines, IA 50306-0438
23399325      Wells Fargo Bank NA,    PO Box 10438,   Des Moines IA  50306-0438
23166650      Wells Fargo Bank Na,    1 Home Campus X2303-01A,   Des Moines, IA 50328-0001
23182586     +Wells Fargo Bank, N.A.,    c/o Codilis & Associates, PC,   15W030 North Frontage Rd., Suite 100,
              Burr Ridge, IL 60527-6921
23166651     +Wells Fargo Equipment Finance,    800 Walnut Street,   Des Moines, IA 50309-3891
23166653     +Wessels Sherman,    1860 Executive Drive,   Suite E-1,   Oconomowoc, WI 53066-4839
23166654     +Westmont Interior Supply House,    1926 S. Lydia Street,   Peoria, IL 61605-3400
23166655     +Wffinance,    800 Walnut Street,   Des Moines, IA 50309-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23166578      E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2016 00:44:25    GE Capital Retail,
              PO Box 984100,   El Paso, TX 79998
23166579      E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2016 00:44:38    Gecrb/Jcp,   PO Box 984100,
              El Paso, TX 79998
23166580     +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2016 00:44:39    Gecrb/Lowes,   PO Box 865005,
              Orlando, FL 32896-0001
23166581     +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2016 00:44:39    Gecrb/Lowes,   PO Box 965005,
              Orlando, FL 32896-5005
23166582     +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2016 00:44:39    Gecrb/Sams Club,   PO Box 965005,
              Orlando, FL 32896-5005
23166583     +E-mail/Text: scd_bankruptcynotices@grainger.com Mar 18 2016 00:49:16    Grainger,
              5959 W. Howard Street,   Niles, IL 60714-4089
23166584     +E-mail/Text: bankruptcy@hraccounts.com Mar 18 2016 00:48:22    H & R Accounts, Inc.,
              7017 John Deere Pkwy,   Moline, IL 61265-8072
23166585     +E-mail/Text: bankruptcy@hraccounts.com Mar 18 2016 00:48:22    H&R Accounts, Inc.,   POB 672,
              Moline, IL 61266-0672
23166590     +E-mail/Text: cio.bncmail@irs.gov Mar 18 2016 00:48:28    Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
23166593     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 18 2016 00:48:22    Kohls/Capone,
              N56 W. 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
23166599     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2016 00:44:13    LVNV Funding LLC,
              PO Box 10584,   Greenville, SC 29603-0584
23626489      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2016 00:44:15
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
23166597     +E-mail/Text: lloydsplan@lpiloans.com Mar 18 2016 00:49:50    Lloyd's Plan,   3717 Brady,
              Davenport, IA 52806-6093
23499620     +E-mail/Text: bankruptcy@hraccounts.com Mar 18 2016 00:48:22    MERCY MEDICAL CENTER,
              C/O H AND R ACCOUNTS INC,   PO BOX 672,   MOLINE IL 61266-0672
23166602     +E-mail/Text: lamiller@mcelroymetal.com Mar 18 2016 00:48:47    McElroy Metal Service Center,
              PO Box 1735,   Shreveport, LA 71166-1735
23166620      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 18 2016 00:52:49
              Portfolio Recovery Associates LLC,   PO Box 41067,   Norfolk, VA 23541
23660511      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 18 2016 00:52:32
              Portfolio Recovery Associates, LLC,   successor to CAPITAL ONE, NA,
              (CAPITAL ONE BANK (USA), N.A.),   POB 41067,   Norfolk VA 23541
23660494      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 18 2016 00:52:41
              Portfolio Recovery Associates, LLC,   successor to GE CAPITAL RETAIL BANK,
              (JC PENNEY CREDIT CARD),   POB 41067,   Norfolk VA 23541
23166624     +E-mail/Text: lraney@riafcu.com Mar 18 2016 00:50:41    Ria Federal Credit Union,   PO Box 4750,
              Rock Island, IL 61204-4750
23166630     +E-mail/Text: MCLAUGHLIN@SPRELEC.COM Mar 18 2016 00:50:48    Springfield Electric,
              225 West Washington Street,   East Peoria, IL 61611-2416
23166637      E-mail/Text: chv@thenb.com Mar 18 2016 00:48:37    The National Bank,   852 Middle Road,
              PO Box 1030,   Bettendorf, IA 52722-0018
23166638     +E-mail/Text: marilyn.wesel@tradesmeninternational.com Mar 18 2016 00:48:47
              Tradesmen International,   4478 Solutions Center,   Chicago, IL 60677-4004
```

District/off: 0752-3          User: kkrystave          Page 3 of 3          Date Rcvd: Mar 17, 2016
                             Form ID: pdf006           Total Noticed: 120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
23166644          E-mail/Text: bankruptcynotices@ur.com Mar 18 2016 00:49:48      United Rentals, Inc.,
                  PO Box 100711,   Atlanta, GA 30384-0711
23166656          +E-mail/Text: bankruptcydept@wyn.com Mar 18 2016 00:49:56      Wyndham Vo,
                  10750 W. Charleston Blvd,   Suite 130,   Las Vegas, NV 89135-1049
                                                                                 TOTAL: 24


                  ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23166558          Bowman & Associates, Inc.,   3802 34th Street
23166560          Capital One,   PO Box 85520
23166613          O'Brien Steel Services,   1700 N.E. Adams
23166626          Sears/Cbna,   PO Box 6189
23438987*         ++IOWA DEPARTMENT OF REVENUE,   ATTN BANKRUPTCY UNIT,   PO BOX 10471,   DES MOINES IA 50306-0471
                  (address filed with court: State Of Iowa,   Iowa Dept of Revenue,   Bankruptcy Unit,
                  POB 10471,   Des Moines, IA 50306)
                                                                                 TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2016 at the address(es) listed below:
          Allison E Walsh   on behalf of Creditor   Triumph Community Bank aew@brookslawfirmpc.com
          Craig A Willette   on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Darron M Burke   on behalf of Debtor 2 Alison Leigh Mull dburke@bslbv.com
          Darron M Burke   on behalf of Debtor 1 Reginald Antonio Mull dburke@bslbv.com
          Gloria C Tsotsos   on behalf of Creditor   WELLS FARGO BANK, N.A. nd-two@il.cslegal.com
          Jeffrey C McDaniel   on behalf of Creditor   RIA Federal Credit Union jcm@Brookslawfirmpc.com
          Joseph D Olsen   Jolsenlaw@comcast.net,   GSchum3225@aol.com
          Joseph D Olsen   on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,   GSchum3225@aol.com
          Kathleen E Mesich   on behalf of Creditor   RIA Federal Credit Union kem@brookslawfirmpc.com
          Nisha B Parikh   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in
          interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
          Bank National Association, as Trustee for Structu nparikh@fal-illinois.com,
          bankruptcy@fal-illinois.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          Steven C Lindberg   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
          in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
          Bank National Association, as Trustee for Structu bankruptcy@fallaw.com
          Tiffany  Rodriguez   on behalf of Debtor 2 Alison Leigh Mull trodriguez@bslbv.com
          Tiffany  Rodriguez   on behalf of Debtor 1 Reginald Antonio Mull trodriguez@bslbv.com
                                                                                 TOTAL: 14