# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: MULL, REGINALD ANTONIO | § | Case No. 15-80987 |
| MULL, ALISON LEIGH | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $363,028.00 *(without deducting any secured claims)* | Assets Exempt: $39,304.00 |
| Total Distribution to Claimants: $8,620.10 | Claims Discharged Without Payment: $287,553.50 |
| Total Expenses of Administration: $5,440.78 | |

3) Total gross receipts of $     14,060.88     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $14,060.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $295,114.63 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 2,727.00 | 5,440.78 | 5,440.78 | 5,440.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 165,798.91 | 79,125.86 | 79,125.86 | 8,620.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 129,586.84 | 95,877.40 | 95,877.40 | 0.00 |
| **TOTAL DISBURSEMENTS** | $593,227.38 | $180,444.04 | $180,444.04 | $14,060.88 |

4)  This case was originally filed under Chapter 7 on April 13, 2015. The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __05/11/2016_____    By: _/s/JOSEPH D. OLSEN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Dodge Ram | 1129-000 | 13,950.00 |
| RIA Credit Union account - joint | 1229-000 | 98.67 |
| RIA Credit Union re: Mull properties | 1229-000 | 12.21 |
| **TOTAL GROSS RECEIPTS** | | **$14,060.88** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Americas Servicing Co. | 4110-000 | 42,464.00 | N/A | N/A | 0.00 |
| NOTFILED | Americas Servicing Co. | 4110-000 | 26,399.00 | N/A | N/A | 0.00 |
| NOTFILED | State Bank of Pearl City | 4110-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage, Inc. | 4110-000 | 12,089.00 | N/A | N/A | 0.00 |
| NOTFILED | Wyndham Vo | 4110-000 | 20,118.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank Na | 4110-000 | 4,325.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 137,115.00 | N/A | N/A | 0.00 |
| NOTFILED | The National Bank | 4110-000 | 8,592.30 | N/A | N/A | 0.00 |
| NOTFILED | Ria Federal Credit Union | 4110-000 | 33,012.33 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$295,114.63** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,156.09 | 2,156.09 | 2,156.09 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 138.06 | 138.06 | 138.06 |
| YALDEN, OLSEN & WILLETTE | 3110-000 | N/A | 2,727.00 | 2,727.00 | 2,727.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 17.63 | 17.63 | 17.63 |
| Macon County Title, LLC | 3991-000 | N/A | 250.00 | 250.00 | 250.00 |
| Rabobank, N.A. | 2600-000 | N/A | 21.30 | 21.30 | 21.30 |
| Rabobank, N.A. | 2600-000 | N/A | 20.28 | 20.28 | 20.28 |
| Rabobank, N.A. | 2600-000 | N/A | 19.04 | 19.04 | 19.04 |
| Rabobank, N.A. | 2600-000 | N/A | 21.05 | 21.05 | 21.05 |
| Rabobank, N.A. | 2600-000 | N/A | 19.70 | 19.70 | 19.70 |
| Rabobank, N.A. | 2600-000 | N/A | 19.02 | 19.02 | 19.02 |
| Rabobank, N.A. | 2600-000 | N/A | 21.61 | 21.61 | 21.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,440.78 | $5,440.78 | $5,440.78 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 5 | State of Iowa Department of Revenue | 5800-000 | 79,125.86 | 79,125.86 | 79,125.86 | 8,620.10 |
| NOTFILED | Iowa Department of Revenue | 5200-000 | 40,092.23 | N/A | N/A | 0.00 |

| NOTFILED | IL. Dept. of Employment Security | 5200-000 | 46,580.82 | N/A | N/A | 0.00 |

| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $165,798.91 | $79,125.86 | $79,125.86 | $8,620.10 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Stephenson Service Company | 7100-000 | N/A | 7,097.79 | 7,097.79 | 0.00 |
| 3 | Wells Fargo Bank | 7100-000 | 5,284.00 | 5,284.81 | 5,284.81 | 0.00 |
| 4 | Capital One, N.A. | 7100-000 | N/A | 3,248.86 | 3,248.86 | 0.00 |
| 5 -2 | State of Iowa | 7100-000 | N/A | 7,194.70 | 7,194.70 | 0.00 |
| 6 -3 | Ria Federal Credit Union | 7100-000 | N/A | 14,144.41 | 14,144.41 | 0.00 |
| 7 -2 | Ria Federal Credit Union | 7100-000 | 11,880.00 | 10,941.00 | 10,941.00 | 0.00 |
| 8 | MERCY MEDICAL CENTER | 7100-000 | N/A | 47.13 | 47.13 | 0.00 |
| 9 | Triumph Community Bank, f/k/a The National Bank | 7100-000 | N/A | 5,576.04 | 5,576.04 | 0.00 |
| 10 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 151.10 | 151.10 | 0.00 |
| 11 -2 | Ria Federal Credit Union | 7100-000 | N/A | 27,346.02 | 27,346.02 | 0.00 |
| 12 | Ria Federal Credit Union | 7100-000 | 7,419.79 | 8,041.21 | 8,041.21 | 0.00 |
| 13 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,689.31 | 1,689.31 | 0.00 |
| 14 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 5,115.02 | 5,115.02 | 0.00 |
| NOTFILED | Citi Card | 7100-000 | 2,494.18 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/Frnrw | 7100-000 | 2,027.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 1,471.24 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Kingsize | 7100-000 | 216.68 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 1,113.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital Retail | 7100-000 | 1,689.00 | N/A | N/A | 0.00 |
| NOTFILED | Fereday Heating Company | 7100-000 | 3,935.00 | N/A | N/A | 0.00 |
| NOTFILED | Liebovich | 7100-000 | 22,513.00 | N/A | N/A | 0.00 |
| NOTFILED | NCS Equipment Rental | 7100-000 | 7,796.00 | N/A | N/A | 0.00 |
| NOTFILED | Jo Carroll Energy | 7100-000 | 1,201.39 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Capone | 7100-000 | 3,248.00 | N/A | N/A | 0.00 |
| NOTFILED | Aargon Agency Inc | 7100-000 | 975.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts, Inc. | 7100-000 | 47.00 | N/A | N/A | 0.00 |
| NOTFILED | IL. Dept. of Employment Security | 7100-000 | 52,661.86 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Iowa Department of Revenue | 7100-000 | 3,614.70 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $129,586.84 | $95,877.40 | $95,877.40 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 15-80987 | Trustee: (330400) JOSEPH D. OLSEN |
| Case Name: MULL, REGINALD ANTONIO | Filed (f) or Converted (c): 04/13/15 (f) |
| MULL, ALISON LEIGH | §341(a) Meeting Date: 05/28/15 |
| Period Ending: 05/11/16 | Claims Bar Date: 08/31/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2385 Illinois Route 84, Thomson, Illinois 61285 | 170,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1065 W. Marietta Street, Decatur, IL 62526 | 45,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1415 N. College Street, Decatur, IL 62522 | 32,500.00 | 0.00 | | 0.00 | FA |
| 4 | 1640 N. College Stree, Decatur, IL 62522 | 25,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1186 E. Walnut Street, Decatur, IL 62526 | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wisconsin Dells Time Share:, PO Box 150, Scottsd | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | Dear Harvester Credit Union Account | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Staley Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account at Woodforest National Bank | 350.00 | 0.00 | | 0.00 | FA |
| 10 | Aegis Credit Union - Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Savings Account at Woodforest Bank | 1,300.00 | 0.00 | | 0.00 | FA |
| 12 | Household Goods and Furnishings (living room set | 5,000.00 | 0.00 | | 0.00 | FA |
| 13 | Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | Wedding bands and engagement ring | 500.00 | 0.00 | | 0.00 | FA |
| 15 | 2009 Cadillac Escalade EXT | 27,350.00 | 0.00 | | 0.00 | FA |
| 16 | 2004 Dodge Ram | 13,000.00 | 13,000.00 | | 13,950.00 | FA |
| 17 | 2007 Dodge Ram 2500 | 8,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2008 KZ Coyote RV | 6,740.00 | 0.00 | | 0.00 | FA |
| 19 | 2007 Chrysler Aspen | 12,000.00 | 0.00 | | 0.00 | FA |
| 20 | Printer, Desktop, Laptop | 500.00 | 0.00 | | 0.00 | FA |
| 21 | 2013 federal and state refunds  (u) | 7,788.00 | 7,788.00 | | 0.00 | FA |
| 22 | 2014 federal and state refunds  (u) | 10,000.00 | 4,383.00 | | 0.00 | FA |
| 23 | RIA Credit Union account - joint  (u) | 0.00 | 98.67 | | 98.67 | FA |
| 24 | RIA Credit Union re: Mull properties  (u) | 0.00 | 12.21 | | 12.21 | FA |
| 24 | **Assets    Totals** (Excluding unknown values) | **$376,028.00** | **$25,281.88** | | **$14,060.88** | **$0.00** |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 15-80987 | **Trustee:** (330400)   JOSEPH D. OLSEN |
| **Case Name:** MULL, REGINALD ANTONIO | **Filed (f) or Converted (c):** 04/13/15 (f) |
| MULL, ALISON LEIGH | **§341(a) Meeting Date:** 05/28/15 |
| **Period Ending:** 05/11/16 | **Claims Bar Date:** 08/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   January 20, 2016      **Current Projected Date Of Final Report (TFR):**   March 16, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-80987 | |
| **Case Name:** MULL, REGINALD ANTONIO | |
| MULL, ALISON LEIGH | |
| **Taxpayer ID #:** **-***5858 | |
| **Period Ending:** 05/11/16 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******4466 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/15 | {16} | RIA Federal Credit Union | Compromise a controversy | 1129-000 | 13,950.00 | | 13,950.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,940.00 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #15-80987, BOND #016018067 | 2300-000 | | 17.63 | 13,922.37 |
| 06/17/15 | 102 | Macon County Title, LLC | Inv. #151536 & #151537 (abstract certificates) | 3991-000 | | 250.00 | 13,672.37 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.30 | 13,651.07 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.28 | 13,630.79 |
| 08/10/15 | {23} | R.I.A. Federal Credit Union | turnover of funds | 1229-000 | 98.67 | | 13,729.46 |
| 08/10/15 | {24} | R.I.A. Federal Credit Union | Turnover of funds | 1229-000 | 12.21 | | 13,741.67 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.04 | 13,722.63 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.05 | 13,701.58 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.70 | 13,681.88 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.02 | 13,662.86 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.61 | 13,641.25 |
| 04/13/16 | 103 | YALDEN, OLSEN & WILLETTE | Dividend paid 100.00% on $2,727.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,727.00 | 10,914.25 |
| 04/13/16 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $138.06, Trustee Expenses;  Reference: | 2200-000 | | 138.06 | 10,776.19 |
| 04/13/16 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,156.09, Trustee Compensation;  Reference: | 2100-000 | | 2,156.09 | 8,620.10 |
| 04/13/16 | 106 | State of Iowa Department of Revenue | Dividend paid  10.89% on $79,125.86; Claim# 5; Filed: $79,125.86; Reference: | 5800-000 | | 8,620.10 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 14,060.88 | 14,060.88 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 14,060.88 | 14,060.88 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$14,060.88** | **$14,060.88** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 15-80987 |
| Case Name: | MULL, REGINALD ANTONIO |
| | MULL, ALISON LEIGH |
| Taxpayer ID #: | **-***5858 |
| Period Ending: | 05/11/16 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******4466 - Checking Account |
| Blanket Bond: | $1,500,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 14,060.88 |
| Net Estate : | $14,060.88 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******4466 | 14,060.88 | 14,060.88 | 0.00 |
| | $14,060.88 | $14,060.88 | $0.00 |

{} Asset reference(s)